IRENE S. WOODWORTH, Individually and as Executrix and Ancillary Executrix of the Estate of CHAUNCEY C. WOODWORTH, Deceased, et al., Appellants, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Submitted February 26, 1940; decided March 15, 1940.

*Albert E. Schwartz, Louis A. Tepper, Anschel E. Barshay* and *Harry B. Solow* for appellants.

*Benjamin Paul Goldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.